```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
SCOTT PEAKE,                                                 :
                                Plaintiff,                   :
                                                             :           25 Civ. 6183 (LGS)
            -against-                                        :
                                                             :                 ORDER
UNIVISION                                                    :
COMMUNICATIONS INC.,                                         :
                                Defendant.                   :
                                                             :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order issued on July 30, 2025, directed the parties to file a joint letter, as described at Dkt. No. 7, by September 9, 2025.

WHEREAS, the materials described at Dkt. No. 7 were not filed by September 9, 2025.

WHEREAS, Defendant has not yet appeared.  It is hereby

**ORDERED** that the initial conference currently scheduled for September 16, 2025, at 3:30 pm, is **ADJOURNED** to **October 7, 2025, at 3:30 pm**.  The conference will be held telephonically and can be accessed by calling (855) 244-8681 and entering the access code 2311 193 8649.  It is further

**ORDERED** that, by **September 30, 2025**, Plaintiff shall file either (a) the materials described at Dkt. 7 or (b) a status letter if Defendant has yet to appear.

Dated: September 10, 2025
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**